UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTHUR VITO,

        Plaintiff,

V.                                    Case No: 6:12-CV-110-Orl-18KRS

SHEDRIC KENDALL CAIN and
MELVIN WILLIAMSON TRUCKING,
INC.

        Defendants.

## ORDER

On March 6, 2012 the parties filed a joint stipulation for dismissal (Doc. No. 9). Accordingly, pursuant to Fed.R.Civ.P. 41(a)(ii), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs. Clerk of the Court is directed to CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida, this ___7___ day of March, 2012.

                                                  G. KENDALL SHARP
                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record